IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIQUEZ McCAA,<br>Reg No. 13353-002,<br><br>       Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:24-CV-378-RAH-CWB<br>)<br>)<br>)<br>) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed October 15, 2024, (Doc. 3), to which no objections have been filed.  Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED;

2.  This case is DISMISSED without prejudice;

3.  No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 13th day of November 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE